# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00669-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00670-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00671-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT OF MILAM COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00672-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00673-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT OF MILAM COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00674-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT OF MILAM COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00675-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT OF MILAM COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 3, 2020

### NO. 03-19-00676-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00677-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00678-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT OF MILAM COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

### NO. 03-19-00679-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

### NO. 03-19-00680-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT OF MILAM COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2020

## NO. 03-19-00681-CR

**Ira Richard Thrasher, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 21, 2019. Having reviewed the record, the Court holds that Ira Richard Thrasher, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.